IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ETHEL WHITE,**

    Plaintiff,

v.                      Civil No. 08-2188-P

**FEDERAL INSURANCE COMPANY,**

    Defendants.

**ORDER OF DISMISSAL**

    This cause having come before this Court on Motion, ore tenus, of plaintiff, by and through her attorney, advising this Court that this case has been settled and requesting that this cause be dismissed with prejudice and each party bear its own costs, and the Court being of the opinion that said motion is well-taken and should be sustained, it is hereby Ordered, Adjudged and Decreed that this case be dismissed with prejudice.

    IT IS SO ORDERED.

                              s/ Tu M. Pham
                              TU M. PHAM
                              United States Magistrate Judge

                              December 2, 2008
                              Date